ACCEPTED
01-15-00110-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 2:37:38 PM
CHRISTOPHER PRINE
CLERK

# Law Offices of
## KILPATRICK, WHITE & DEAS*

Employees of Liberty Mutual Group, Inc.

John C. Kilpatrick
Kristin H. White#
John F. Deas**#
Lori A. Pritchett
Alan Janiga
Kurt T. Nelson
Nina A. Bujosa
Geraldine P. Barrows♦
Albert Hollan
Charles V. Gonzales

801 LOUISIANA STREET, SUITE 500
HOUSTON, TEXAS 77002-4936
Telephone: (713) 546-2000
Fax: (713) 228-3297
*Not a Partnership

**San Antonio Office

SAN ANTONIO OFFICE
9601 McAllister Freeway
Suite 220
San Antonio, TX 78216
Telephone: (210) 200-5800
Fax: (866) 221-6120

Also Licensed in:
♦CA
#LA

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 2:37:38 PM
CHRISTOPHER A. PRINE
Clerk

February 11, 2015

Via e-file

Christopher Prine
Clerk of the Court
First Court of Appeals
301 Fannin
Houston, TX 77002

RE:    01-15-00110-CV, James Williams v. Patrick Cuba

Trial Court Cause No. 2013-31241; **James Williams v. Patrick Cuba Sr.**;   In the 333rd Judicial District Court of Harris County, Texas.

Dear Sir,

I have received the letter sent on February 5, 2015 containing General Information about the about captioned appeal and procedures related to that appeal.

In the fourth paragraph under the section entitled "INFORMATION ABOUT THE APPELLATE RECORD", which is also the last paragraph on page 2 of your letter, you ask that we inform the court if the appeal is accelerated or if there is dispute about whether a post judgment motion was timely filed with the trial court. I believe the timeliness of the filing of the Appellant's Post Trial Motions is in dispute. It appears that the time deadline anticipated by your office in computing the March 7, 2015 deadline for filing of the clerks records is computed as if the Motion was timely filed with the trial court.

Please be advised that while I dispute whether the Appellant's Post Judgment Motion was timely filed I will not oppose any designation or March 7, 2015 as the deadline for filing the appellate record or an extension of the deadline to that date.

Respectfully submitted,

Alan Janiga

AJ/aj
Encl.

cc:     Sonya Chandler-Anderson
        The Law Office of Chandler Anderson & Associates
        405 Main Street, Suite 700
        Houston, TX 77002
        Via e-mail and facsimile (866)2748878